# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
FEB 20 2025
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MITCHELL PAUL MEYER

_____

(Full name of the Plaintiff(s) in this action)

v.

PAT DAY, ANDY BASHEAR, MIKE LEWIS, HOPKINS CO. JAIL, & DAVID MASSAMORE

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 4:25-CV-16-JHM
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: MITCHELL PAUL MEYER

Place of Confinement: CHRISTIAN CO. DETENTION CENTER

Address: 410 W. 7TH ST., HOPKINSVILLE KY 42240

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ ) PRETRIAL DETAINEE ( __ )

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED ( __ ) PRETRIAL DETAINEE ( __ )

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __PAT DAY__ is employed as __A PUBLIC DEFENDER__ at __KY DEPARTMENT OF PUBLIC ADVOCACY__.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(2) Defendant __ANDY BASHEAR__ is employed as __GOVENOR__ at __THE STATE OF KY__.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(3) Defendant __MIKE LEWIS__ is employed as __JAILER__ at __HOPKINS Co. JAIL__.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

(4) Defendant __HOPKINS Co. JAIL__ is employed as __ITS OWN ENITY__ at __HOPKINS Co., KY__.

The Defendant is being sued in his/her ( ✓ ) individual and/or ( ✓ ) official capacity.

2

(5) Defendant __DAVID MASSAMORE__ is employed as __DISTRICT COURT JUDGE__ at __HOPKINS Co. Ky__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (✓) NO ( )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): __MITCHELL PAUL MEYER__

Defendant(s): __DAVID MASSAMORE, JORDAN HANCOCK, ALEXANDREA PANARELLI, JAMES CHAMBERLAIN, CIRRIS HATFIELD, ANDY BASHEAR, CHERI RIDDLE__

Court (if federal court, name the district. If state court, name the county): __U.S. DISTRICT COURT, WESTERN DISTRICT OF KY, OWENSBORO DIVISION__

Docket number: __CIVIL ACTION No. 4:24-CV-118-JHM__

Name of judge to whom the case was assigned: __UNSURE, ENTERED BY JUDGE JOSEPH H. MCKINLEY JR.__

Type of case (for example, habeas corpus or civil rights action): __CIVIL RIGHTS ACTION__

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): __STILL PENDING__

Approximate date of filing lawsuit: __11-6-24__

Approximate date of disposition: __NA__

3

# Previous Lawsuits Continued p.1

## Parties Of Previous Lawsuits

Plantiffs: Mitchell Paul Meyer

Defendants: Eric Lee, Jenny Stewart Hospital, & The Head of Nursing (Please Excuse Me Not Knowing The Ladys' Name, D.O.C. Lost Some Of My Property In A Transfor)

## Court Where Filed

U.S. District Court, Western District Of Ky, At Paducah

## Docket Number

Civil Action # 5:24CV-P162-JHM

## Name Of Judge To Whom The Case Was Assigned

Unsure, Entered By Judge Joseph H. McKinley Jr.

## Type Of Case

Civil Rights Action

## Disposition

Still Pending

## Approximate Date Of Filing Lawsuit

10-29-24

Previous Lawsuits
Continued P.2

Parties Of Previous Lawsuits

Plaintiffs: Mitchell Paul Meyer
Defendants: Kevin Bishop

Court Where Filed
U.S. District Court, Western District Of Ky., At Owensboro

Docket Number
Unsure

Name Of Judge To Whom The Case Was Assigned
Unsure

Type Of Case
Civil Rights Action

Disposition
I have not yet recieved a initial response to this action as it has ~~been~~ only been a few day since it was delivered to the jails mail room

Approximate Date Of Filing Lawsuit
2-11-25

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On Sept. 11th 2024 I appeared in Hopkins Co. District Court in front of Residing Judge David Massamore. I informed my court appointed lawyer that I wanted to speak to the judge on my own behalf. Upon appearing in front of the judge I informed him that I did not feel as if I was being addaquetly represented & that presedent had been set in the higher courts (Graves Co. Circuit Court) that I had a conflict of intrest with the Ky. Department of Public Advocacy. As I began to explain the conflict Mr. Massamore cut me off & said I didn't say anything about it at my arraingment. I feel this violated my 1st, 3rd, & 4th Constitutional Rights. Immediatly after this I stated, "There is no way you can justify me being locked up 90 days on a charge that carries a maximum penalty of 30." He talked down to me & told me my tounge was my worste enemy & said, "Mr. Meyer, you are locked up on D.U.I. first

4

## III. STATEMENT OF CLAIM(S) continued

Offense which is a Class B Missdoremeanor, punishable by up to 90 days in jail, you have been locked up 9%." I feel this lie violates my 1st & 3rd constitutional rights. During this time Pat Day, my public defender was present but did nothing to defend me or my rights. After exiting the courtroom I met with Miss Day in the law box in private & asked her two more times about the penalty for D.U.I. first offense, both of which she lied. After our conversation I was taken back to a holding cell, at this time a young white male was taken out of the cell to go before the judge. A few moments latter he returned. I asked him how did it go, he said good he was going home, he informed me he had the exact same charge as me & was credited time served on the 28th day, never the less he was in possetion of that vary courtrooms sentenceing guidlines & they clearly stated that the maximum penalty for D.U.I. first is 30 days. Shortly after this the sherifs deputy took me back into the courtroom to again appear in front of Mr. Massamore where he addressed the issue of

5

Bond. He acted as if he was doing me a favor by granting me a O.R. Bond without the prossecution being in the room, implying it would only be fair since I had served 91 days on a charge that only carried 90. Yet I remained in Hopkins Co. Custody until 11-13-24, during which time I was tazed, pepper sprayed, & placed in a restraint chair 3 times. I feel this was a direct result of me calling news chanell 44 from cell 815 on Sept. 12th 2024 & reporting what happened the day before in Mr. Massamores' courtroom. The news chanell 44 employ I spoke to informed me he was going to call the judge & find out & that he would call me back if he had any questions. I feel Mike Lewis the jailer of Hopkins Co. Jail & the jail itself violated my 1st & 3rd constitutional right by tazing me, pepper spraying me, placing me in the restraint chair 3 times after being ordered to be released on my own recognisince. Never the less, on Oct. 3rd (2024) in Graves Co. Circuit Court I appeared in front of Judge Bishop for revocation on case #'s 19CR190 & 20CR94. At this hearing I informed Mr. Bishop of the hardships I was enduring yet he committed me to the Department of Corrections for 10 years. I feel Mike Lewis, Hopkins Co. Detention Center, Pat Day, & Judge Massamore are to some degree responsibale for me being commited to D.O.C. for 10 years, for I believe if I was not being detained by Hopkins Co. at the time of this hearing I would of stood a much greater

CHANCE OF REMAINING ON ACTIVE SUPORVISION. MR. ANDY BASHEAR IS BEING NAMED IN THIS LAWSUITE BECAUSE MR. MASSAMORE IS MR. BASHEARS' DESIGNEE & IT IS MR. BASHEARS' RESPONSABILITY TO PROTECT ME & MY MOST BASIC HUMAN RIGHTS.

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ (SEE OTHER)

✓ grant injunctive relief by I WANT MY NATURAL BORN CITIZANSHIP RIGHTS FULLY RESTORED

✓ award punitive damages in the amount of $ (SEE OTHER)

✓ other: I WANT THE GROW RIGHTS TO KY'S MEDICAL MARIJUANA

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 13TH day of FEBUARY, 2025.

_Mitchell Myer_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 2-16-25.

_J Shey_
(Signature)

6

Mitchell Meyer
~~[scribbled out]~~
Christian Co. Jail
410 W. 7th St.
Hopkinsville KY 42240





[return address label:]
AN COUNTY JAIL
410 WEST 7TH STREET
HOPKINSVILLE, KY 42240

United States District Court
423 Frederica St. Suite 126
Owensboro Ky 42301-3013